### LONG CONSTRUCTION COMPANY, Petitioner,

v.

### Estil STILTNER; Director, Office of Workers' Compensation Programs, Respondents.

### No. 09–1948.

United States Court of Appeals, Fourth Circuit.

Submitted: July 15, 2010.

Decided: July 29, 2010.

Ronald E. Gilbertson, K & L Gates, LLP, Washington, D.C., for Petitioner. Joseph E. Wolfe, Ryan C. Gilligan, Wolfe, Williams, Rutherford & Reynolds, Norton, Virginia; Deborah Greenfield, Acting Deputy Solicitor of Labor, Rae Ellen James, Associate Solicitor, Sean G. Bajkowski, Helen H. Cox, United States Department of Labor, Washington, D.C., for Respondents.

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Long Construction Company seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's award of black lung benefits pursuant to 30 U.S.C. §§ 901–945 (2006). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we deny the petition for review for the reasons stated by the Board. *Stiltner v. Long Constr. Co.*, No. 08–0124–BLA (B.R.B. Nov. 26, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*